423 A.2d 1328

Campbell, etc., Appellants, v. Church of God, etc., et al.

Argued April 9, 1979.
John B. McCue, for appellant;  William Henry, for appellees.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.

423 A.2d 1328

In re Hall, etc., et al.

Appeal of John F. Hall.

Argued April 9, 1979.  Paul A. Robb, for appellant;  Howard B. Elbing, for appellee, Gordon David Fisher, for Foster Parents, participating party, George M. Janocsko, for Allegheny County Child Welfare, participating party.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The orders appealed from are affirmed.

Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.